COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABDUL HAIDOURI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>INTERCLOUD SYSTEMS, INC., et al.<br><br>　　　　　　　Defendants. | No. 3:14-01895-PGS-DEA<br><br>CLASS ACTION<br><br>NOTICE OF MOTION OF CHARLES R. GILBERT, JR., FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |

[Caption continued on following page.]

| | |
|---|---|
| SCOTT KRANZLER, Individually and on Behalf of All Others Similarly Situated, | ) No. 3:14-01982-PGS-DEA ) ) CLASS ACTION |
| Plaintiff, | ) ) |
| vs. | ) ) |
| INTERCLOUD SYSTEMS, INC., et al. | ) ) |
| Defendants. | ) ) |
| ANDREW SWENSON, Individually and on Behalf of All Others Similarly Situated, | ) No. 3:14-cv-02072-PGS-TJB ) ) CLASS ACTION |
| Plaintiff, | ) ) |
| vs. | ) ) |
| INTERCLOUD SYSTEMS, INC., et al. | ) ) |
| Defendants. | ) ) |

PLEASE TAKE NOTICE that on July 7, 2014 or on such other date and time as the Court may set, Charles R. Gilbert, Jr., by his counsel, will move this Court for an Order in the form submitted herewith: (i) consolidating the above-captioned related actions pending before the Court; (ii) appointing Charles R. Gilbert, Jr. as Lead Plaintiff; (iii) approving Mr. Gilbert's selection of Robbins Geller Rudman & Dowd LLP to serve as Lead Counsel and Cohn Lifland Pearlman Herrmann & Knopf LLP to serve as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Charles R. Gilbert, Jr. submits herewith a Memorandum of Law and the Declaration of Peter S. Pearlman, dated May 27, 2014.

—

DATED:  May 27, 2014

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN

*s/ Peter S. Pearlman*
PETER S. PEARLMAN

Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
DOUGLAS WILENS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

[Proposed] Lead Counsel for Plaintiffs

- 3 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 27, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Peter S. Pearlman*
PETER S. PEARLMAN