Lisa J. Rodriguez
SCNADER HARRISON SEGAL & LEWIS LLP
A Pennsylvania Limited Liability Partnership
220 Lake Drive East, Suite 200
Cherry Hill, NJ 080002
(856) 482-5222/FAX: (856) 482-6980

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK  73120
(405) 235-1560/FAX: (405) 235-2112

*Counsel for Movant the Traversari Group*

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABDUL HAIDOURI, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>INTERCLOUD SYSTEMS, INC., MARK MUNRO, THE DREAMTEAMGROUP, JOHN MYLANT AND MISSIONIR,<br><br>        Defendants. | Case No. 3:14-cv-01895-PGS-DEA<br><br>**NOTICE OF MOTION CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING PROPOSED LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**<br><br>Motion Date: July 7, 2014 |

(Caption Continued on Next Page)

| | |
|---|---|
| SCOTT KRANZLER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>INTERCLOUD SYSTEMS, INC., AND MARK E. MUNRO,<br><br>    Defendants. | Case No. 3:14-cv-01982-PGS-DEA |
| ANDREW SWENSON, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>INTERCLOUD SYSTEMS, INC., MARK MUNRO AND DANIEL J. SULLIVAN,<br><br>    Defendants. | Case No. 3:14-cv-02072-PGS-TJB |

PLEASE TAKE NOTICE that on July 7, 2014 or an earlier date as to be set by the Court, Movant the Traversari Group shall apply to the Hon. Peter G. Sheridan, United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, Court Room 4E, for entry of an Order: (1) consolidating the above-styled and related actions; (2) appointing the Traversari Group as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities

Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737; and (3) approving the Traversari Group's selection of Federman & Sherwood as Lead Counsel and Schnader Harrison Segal & Lewis LLP as Liaison Counsel. Submitted contemporaneously herewith is a Brief in Support of this Motion.

Dated: May 27, 2014				Respectfully submitted,

/s/ Lisa J. Rodriguez
Lisa J. Rodriguez
SCHNADER HARRISON SEGAL & LEWIS LLP
220 Lake Drive East, Suite 200
Cherry Hill, NJ  08002
(856) 482-5741/FAX: (856) 482-6980

- and -

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK  73120
(405) 235-1560/FAX: (405) 235-2112
- and -
2926 Maple Avenue, Suite 200
Dallas, TX  75201

*Counsel for Movant the Traversari Group*