COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re INTERCLOUD SYSTEMS, INC. SECURITIES LITIGATION, | Master Docket No. 3:14-01982-PGS-DEA <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | NOTICE OF MOTION TO ALLOW CHRISTOPHER M. BARRETT TO APPEAR AND PARTICIPATE <br> <u>*PRO HAC VICE*</u> |

   PLEASE TAKE NOTICE that on such date as the Court may set, the undersigned attorneys for plaintiffs, will move before this Court for an Order admitting Christopher M. Barrett to appear and participate *pro hac vice*.

   PLEASE TAKE FURTHER NOTICE that plaintiffs will rely upon the certifications of Peter S. Pearlman and Christopher M. Barrett in support of this application.

   PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless the matter is contested.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

DATED: July 7, 2014

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN

*/s/ Peter S. Pearlman*
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Ave., Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
psp@njlawfirm.com