```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minute of Proceeding
```

OFFICE: TRENTON

JUDGE PETER G. SHERIDAN                         Date:  July 8, 2014

Court Reporter: Frank Gable
TITLE OF CASE:                         CIVIL  14-1982 (PGS)
                                              14-2072
INTERCLOUD SYSTEMS, INC., et al

APPEARANCES:
Peter Pearlman and Christopher M. Barrett, Esqs. for Plaintiff
Gilbert R. Gilbert, Jr.

Bruce Greenberg, Sam Lieberman and Jeremy Liberman, Esqs. for Plaintiff Quantex Management LLP

Shevani Jaisingh, Esq. for Defendants

NATURE OF PROCEEDINGS:
Hearing on Motion [10] by  Louis Lomartra, to Appoint Lead Plaintiff.
Ordered motion Reserved.

Hearing on Motion [12] by Charles R. Gilbert, Jr.  to Appoint Lead Counsel LEAD COUNSEL AND LIAISON COUNSEL Attorney: Peter S. Pearlman and Robbins Geller Rudman & Dowd LLP.
Ordered motion Reserved

Hearing on Motion [13] by Traversari Group to Consolidate Cases
Ordered motion Reserved.

Hearing on Motion [28] by Peter Pearlman for Leave to Appear Pro Hac Vice as to Christopher M. Barrett, Esq.
Ordered motion Granted.


TIME COMMENCED: 10:30 A.M.
TIME ADJOURNED: 11:00 A.M.                      s/Dolores J. Hicks
TOTAL TIME:       0:30                              Deputy Clerk