COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re INTERCLOUD SYSTEMS, INC. SECURITIES LITIGATION, | Master Docket No. 3:14-01982-PGS-DEA <br><br> CLASS ACTION |
| THIS DOCUMENT RELATES TO: <br> No. 3:14-cv-02072-PGS-TJB | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS CSIR GROUP, LLC AND CHRISTINE PETRAGLIA ONLY |

PLEASE TAKE NOTICE that all plaintiffs hereby voluntarily dismiss this actions as to defendants CSIR Group, LLC and Christine Petraglia only without prejudice pursuant to Rule 4:37-1(a) of the Rules of this Court, each side to bear its own costs.

SO ORDERED: [signature]
DATED: 5/7/15

No consideration or promise of consideration has been provided to plaintiffs or their counsel in connection with such dismissal.

DATED: May 5, 2015

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
PETER S. PEARLMAN


/s Peter S. Pearlman
PETER S. PEARLMAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May __, 2015 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

s/ Peter S. Pearlman
PETER S. PEARLMAN