# EXHIBIT 4

ICLD US $ F ↓ .818  +.008  P.8185/.820Q  4x90
At 14:20 d Vol 86,543  O .8112D H .830D L .810Q Val 70,963.5

**ICLD US Equity**  96) Export to Excel  Page 1/1 Historical Price Table

InterCloud Systems Inc
Range 11/29/2013 - 03/21/2014  Period Weekly   High 16.900 on 01/03/14
Market Last Price  Volume   Currency USD   Low 7.350 on 03/21/14
View Price Table             Average 12.8276   4,010,322
                             Net Chg -.640   -8.01%

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Pric | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 03/28/14 | | | Fr 12/27/13 | 15.200 | 9,130,000 | | | |
| Fr 03/21/14 L | 7.350 | 5,810,000 | Fr 12/20/13 | 10.070 | 2,490,000 | | | |
| Fr 03/14/14 | 11.940 | 3,100,000 | Fr 12/13/13 | 10.200 | 5,420,000 | | | |
| Fr 03/07/14 | 14.230 | 2,710,000 | Fr 12/06/13 | 9.250 | 7,560,000 | | | |
| | | | Fr 11/29/13 | 7.990 | 6,570,000 | | | |
| Fr 02/28/14 | 13.440 | 916,083 | | | | | | |
| Fr 02/21/14 | 13.660 | 599,394 | | | | | | |
| Fr 02/14/14 | 14.320 | 2,010,000 | | | | | | |
| Fr 02/07/14 | 12.200 | 1,450,000 | | | | | | |
| Fr 01/31/14 | 14.620 | 1,210,000 | | | | | | |
| Fr 01/24/14 | 15.040 | 2,260,000 | | | | | | |
| Fr 01/17/14 | 16.560 | 4,000,000 | | | | | | |
| Fr 01/10/14 | 15.100 | 3,510,000 | | | | | | |
| Fr 01/03/14 H | 16.900 | 9,430,000 | | | | | | |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2016 Bloomberg Finance L.P.
                                                   SN 622011 PDT  GMT-7:00 H189-1390-0 27-May-2016 17:06:46