

# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW



PARK 80 WEST - PLAZA ONE, 250 PEHLE AVE., SUITE 401, SADDLE BROOK, NJ 07663
201-845-9600 • FAX 201-845-9423 • clphk@njlawfirm.com • www.njlawfirm.com

PETER S. PEARLMAN, ESQ.  Email: psp@njlawfirm.com
Direct Dial: 551-497-7131/Cell Phone: 201-709-0597

November 10, 2016

**VIA ECF**
Hon. Douglas E. Arpert, U.S. Magistrate Judge
United States District Court, District of New Jersey Trenton
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 6000
402 E. State Street
Trenton, NJ 08608

     **Re:** *Intercloud Systems Inc. Securities Litigation*
        Civil Action No.:  14-1982 (PGS/DEA)

Dear Judge Arpert:

This firm, along with Robbins Geller Rudman & Dowd, represents the Lead Plaintiff in the above referenced matter.  On behalf of all parties, I submit to Your Honor a Stipulation and [Proposed] Order, the effect of which will be to stay this matter for 45 days to permit the parties to devote their attention to a mediation presently scheduled for December 14, 2016. If granted, the stay will have the effect of adjourning the presently scheduled argument on class certification from December 6, 2016 until a date to be set by the Court on or after January 20, 2017 and extending the end of both merits and expert discovery from March 7, 2017 to April 21, 2017.

Naturally, Your Honor should feel free to communicate with any counsel should you wish to do so.

              Respectfully,

              */s/ Peter S. Pearlman*

              Peter S. Pearlman

PSP:sl
Encl.

cc:  All Counsel of Record (via ECF only w/encl.)