COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Liaison Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| In re INTERCLOUD SYSTEMS, INC. SECURITIES LITIGATION | ) ) ) | Master Docket No. 3:14-01982-PGS-DEA |
|---|---|---|
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) ) | CLASS ACTION NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION |
| | | MOTION RETURN DATE: DECEMBER 5, 2017 |

PLEASE TAKE NOTICE that on December 5, 2017, or such other date as the Court may set, Lead Plaintiff Charles R. Gilbert, Jr., on behalf of the Class, through counsel, shall move before the Honorable Peter G. Sheridan, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice entered on August 25, 2017 (Dkt. No. 127), for the entry of an Order and Final Judgment and order approving the Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiff will rely upon: Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Settlement and Approval of Plan of Allocation; Declaration of Jack Reise in Support of: (A) Lead Plaintiff's Motion for Final Approval of Settlement and Approval of Plan of Allocation, and (B) Lead Counsel's Motion for Attorneys' Fees and Payment of Litigation Expenses, and Reimbursement of Lead Plaintiff's Expenses; Declaration of Nashira McCoy; Declaration of Lead Plaintiff; Stipulation of Settlement; and all other proceedings herein.

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before November 28, 2017.

Lead Plaintiff seeks oral argument on this motion.

DATED: October 31, 2017

Respectfully submitted,

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN


           */s/ Peter S. Pearlman*
           PETER S. PEARLMAN

Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
STEPHEN R. ASTLEY
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs