COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Liaison Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re INTERCLOUD SYSTEMS, INC. SECURITIES LITIGATION | Master Docket No. 3:14-01982-PGS-DEA |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES, AND REIMBURSEMENT OF LEAD PLAINTIFF'S EXPENSES |

MOTION RETURN DATE:
DECEMBER 5, 2017

1323158_1

PLEASE TAKE NOTICE that on December 5, 2017, or such other date as the Court may set, the undersigned counsel for Lead Plaintiff, shall move before the Honorable Peter G. Sheridan, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice entered on August 25, 2017 (Dkt. No. 127), for the entry of an order awarding attorneys' fees and payment of litigation expenses and reimbursing Lead Plaintiff's expenses.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Counsel will rely upon: Memorandum of Law in Support of Lead Counsel's Motion for Attorneys' Fees and Payment of Litigation Expenses, and Reimbursement of Lead Plaintiff's Expenses; Declaration of Jack Reise in Support of: (A) Lead Plaintiff's Motion for Final Approval of Settlement and Approval of Plan of Allocation, and (B) Lead Counsel's Motion for Attorneys' Fees and Payment of Litigation Expenses, and Reimbursement of Lead Plaintiff's Expenses; Declaration of Nashira McCoy; Declaration of Lead Plaintiff; Declarations of Lead Plaintiff's Counsel; Stipulation of Settlement; and all other proceedings herein.

A proposed order will be submitted with Lead Counsel's reply submission on or before November 28, 2017.

- 1 -

1323158_1

Lead Counsel seeks oral argument on this motion.

DATED:  October 31, 2017               Respectfully submitted,

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN


                                                    /s/ Peter S. Pearman
                                       PETER S. PEARLMAN

Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
STEPHEN R. ASTLEY
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

- 2 -

1323158_1